IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:06CV168-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REAL PROPERTY LOCATED AT 3648 ) <br> POPLIN ROAD, MONROE, NORTH ) <br> CAROLINA, ) <br> Defendant. ) <br> ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's "Motion to Allow Non-Electronic Filing of Verified Answer ... " (document #8) filed July 10, 2006. For the reasons stated therein, the Court will grant the Defendant's Motion.

**NOW, THEREFORE, IT IS ORDERED:**

1. The Defendant's "Motion to Allow Non-Electronic Filing of Verified Answer ... " (document #8) is **GRANTED**.

2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: July 13, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge